Mary Scopas
207th Judicial District Court Reporter
Serving Comal, Hays and Caldwell Counties
(512) 757-0387
Scopam@co.comal.tx.us


November 18, 2015


Third Court of Appeals

Re: Court of Appeals Cause No. 03-15-00709-CV
    Trial Court No. 15-D-115, Marcia Alvarez v.
    Victor Alvarez

To Whom it May Concern:

I only received noticed of this appeal from the District Clerk's office on November 10, 2015. I was not aware of when this record was due. I have yet to receive any communication from the appellant or the appellant's attorney, nor have they made any type of payment arrangements.

I called the appellant's attorney, Mr. Elias V. Lorenzana, and left a message yesterday requesting information and that he contact me.

Please allow 30 days for the appellant to make payment arrangements and for the record to be completed.

Very Truly Yours,

_____

Mary Scopas, CSR, RPR
CSR #5313 -  Expiration Date: 12/31/16
RPR #812407 - Expiration Date: 09/30/19